UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gavin G.,                                           File No. 24-cv-947 (ECT/DTS)

        Plaintiff,

v.                                                  **ORDER ACCEPTING REPORT
                                                    AND RECOMMENDATION**

Martin O'Malley, *Commissioner of Social
Security*,

        Defendant.

Magistrate Judge David T. Schultz issued a Report and Recommendation on September 4, 2024.   ECF No. 14.   No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.   *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).   Finding no clear error, and based on all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The Report and Recommendation [ECF No. 14] is **ACCEPTED**;

2.      Plaintiff's request to reverse the Commissioner's decision [ECF No. 8] is **DENIED**; and

3.      Defendant's request to affirm the Commissioner's decision [ECF No. 12] is **GRANTED**; and

4.     Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 30, 2024          s/ Eric C. Tostrud
                                    Eric C. Tostrud
                                    United States District Court